JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ RAZAGHI, et al., | Case No. CV 25-11403 FMO (MAR) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 26th day of November, 2025.

/s/
Fernando M. Olguin
United States District Judge